AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California ▼

| | |
|---|---|
| SPA DE SOLEIL, INC., a California corporation,<br><br>*Plaintiff(s)*<br>v.<br>ANISH NAGPAL, an individual; DERMATOUCH, an unknown business entity; CLOUD WELLNESS PRIVATE LIMITED, an Indian limited liability company; (see Attachment #1)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Gregory K. Nelson, Esq.
Weeks Nelson
P.O. Box 675963
Rancho Santa Fe, CA 92067
Tele: 858-794-2140

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| Gregory Nelson, Esq., CSB No. 203029<br>    Email: nelson@weeksnelson.com<br>Gregory Suhr, Esq., CSB No. 328967<br>    Email: gsuhr@weeksnelson.com<br>Ariel Redfern, Esq., CSB No. 341314<br>    Email: ariel@weeksnelson.com<br>WEEKS NELSON<br>P.O. Box 675963<br>16236 San Dieguito Rd., #5-23<br>Rancho Santa Fe, CA 92067<br>Telephone: (858) 794-2140<br><br>Attorneys for Plaintiffs | **ATTACHMENT #1** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPA DE SOLEIL, INC., a California corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ANISH NAGPAL, an individual; DERMATOUCH, an unknown business entity; CLOUD WELLNESS PRIVATE LIMITED, an Indian limited liability company; RREEF AMERICA REIT II CORP. MMMM 6 NEW YORK, a Maryland corporation; TRICO REALTY, INC., a California corporation; and DOES 1 through 20, inclusive,<br><br>            Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>**(1) TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**<br><br>**(2) FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a));**<br><br>**(3) DILUTION (15 U.S.C. § 1125(c)(1)); AND**<br><br>**(4) UNFAIR COMPETITION (California Bus & Prof. Code § 17200, *et seq.*)**<br><br>**DEMAND FOR JURY TRIAL** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Spa de Soleil, Inc. v. Anish Nagpal, et al.

**ATTACHMENT # 2 TO SUMMONS**

**DEFENDANTS TO BE SERVED:**

ANISH NAGPAL
1525 W. Orange Grove Ave., Ste. B
Orange, CA 92868

DERMATOUCH, an unknown business entity

CLOUD WELLNESS PRIVATE LIMITED, an Indian limited liability company

RREEF AMERICA REIT II CORP. MMMM 6 NEW YORK, a Maryland corporation
c/o The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093-2264

TRICO REALTY, INC., a California corporation
c/o Thomas C. Harrison
3100-A Pullman Street
Costa Mesa, CA 92626